IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSHUA M. NICKMAN,<br><br>             Plaintiff,<br><br>vs.<br><br>JUAN M. ZARRAGA, et al.<br><br>             Defendants. | **8:16CV262**<br><br>**MEMORANDUM AND ORDER** |

With regard to this court's order dated January 12, 2017 (Filing No. 51), the United States Marshal shall serve all process in this case without prepayment of fees from Plaintiff.

IT IS THEREFORE ORDERED that: The clerk's office provide a copy of this order to the United States Marshal.

Dated this 1st day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge